UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA

                Plaintiff,

v.

SEVEN THOUSAND FOUR HUNDRED
SEVENTY-SEVEN DOLLARS ($7,477.00)
IN UNITED STATES CURRENCY

                Defendant *in Rem*.

_____/

Case No.  09-CV-10279

Honorable Paul D. Borman

Magistrate Judge R. Steven Whalen

### DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default

Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default

Judgment and Final Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant currency,

Seven Thousand Four Hundred Seventy-Seven Dollars ($7,477.00) in United States Currency

seized from Michael Riley, is hereby FORFEITED to the United States of America pursuant to

21 U.S.C. § 881(a)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and

ownership interest of Michael Riley, or his successors and assignees, in such currency, and any

right, title and interest of all other persons, is hereby and forever EXTINGUISHED, and that clear title to such currency is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshal's Service for the Eastern District of Michigan, or its delegate, is hereby AUTHORIZED to dispose of such currency in accordance with law.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 19, 2009.

S/Denise Goodine
Case Manager